**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sophonna** | **Valerie** | **Nong** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    2:17-bk-10861-WB

■ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property                                                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

**1.1**

**8006 Rose St.,**
Street address, if available, or other description

**Paramount        CA      90723-0000**
City              State    ZIP Code

**Los Angeles**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**Primary residence**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$430,000.00** | **$430,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property**
(see instructions)

| Debtor 1 | Sophonna Valerie Nong | Case number *(if known)* | **2:17-bk-10861-WB** |
|---|---|---|---|

**If you own or have more than one, list here:**

1.2

**global exchange**
Street address, if available, or other description

City    State    ZIP Code

County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☒ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $2,000.00
**Current value of the portion you own?** $2,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

---

**If you own or have more than one, list here:**

1.3

**15416 Live Oak Way**
Street address, if available, or other description

**Pine Mountain Club**    **CA**    **93222-0000**
City    State    ZIP Code

**Kern**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☒ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $11,000.00
**Current value of the portion you own?** $11,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**
**Vacant Lot Debtor purchased post Chapter 13 filing pre conversion purchased on 1/18/2018**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**    **$443,000.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

### 3.1

| Make: | **Maserati** |
|---|---|
| Model: | **Quattroporte** |
| Year: | **2008** |
| Approximate mileage: | **47000** |
| Other information: | |

Location: 8006 Rose St.,, Paramount CA 90723

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**  $26,015.00

**Current value of the portion you own?**  $26,015.00

### 3.2

| Make: | **Hyundai** |
|---|---|
| Model: | **Elantra** |
| Year: | **2005** |
| Approximate mileage: | **122900** |
| Other information: | |

2005 Hyundai Elantra GT Sedan 4 door

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Current value of the entire property?**  $1,527.00

**Current value of the portion you own?**  $1,527.00

### 3.3

| Make: | **Lexus** |
|---|---|
| Model: | **SC** |
| Year: | **1998** |
| Approximate mileage: | **180500** |
| Other information: | |

1998 lexus SC 300 Sport Coupe 2 door

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Current value of the entire property?**  $1,831.00

**Current value of the portion you own?**  $1,831.00

### 3.4

| Make: | **BMW** |
|---|---|
| Model: | **X3** |
| Year: | **2004** |
| Approximate mileage: | **100000** |
| Other information: | |

2004 BMW X 3 2.5i Sport Utility 4 door

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Current value of the entire property?**  $3,917.00

**Current value of the portion you own?**  $3,917.00

### 3.5

| Make: | **Land Rover** |
|---|---|
| Model: | **Discovery** |
| Year: | **2003** |
| Approximate mileage: | **160000** |
| Other information: | |

2005 Land Rover
Debtor purchased vehicle post Chapter 13 petition pre conversion
Purchased 2/12/2018

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

**Current value of the entire property?**  $500.00

**Current value of the portion you own?**  $500.00

| Debtor 1 | Sophonna Valerie Nong | Case number *(if known)* | 2:17-bk-10861-WB |
|---|---|---|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>    **$33,790.00**

**Part 3:  Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Location: 8006 Rose St.,, Paramount CA 90723<br>Various household items none exceeding $200 | $1,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | Location: 8006 Rose St.,, Paramount CA 90723<br>Cell Phone, Laptop, | $500.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Location: 8006 Rose St.,, Paramount CA 90723<br>Everyday clothing | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| Debtor 1 | **Sophonna Valerie Nong** | Case number *(if known)* | **2:17-bk-10861-WB** |
|---|---|---|---|

| **Location: 8006 Rose St.,, Paramount CA 90723**<br>**ring, neckless, earrings** | $1,500.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| **Location: 8006 Rose St.,, Paramount CA 90723**<br>**2 dogs and 2 cats** | $100.00 |
|---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................ | **$4,100.00** |

### Part 4: Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes...........................................................................................

| | **Cash** | **$300.00** |
|---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

| | | | Institution name: | |
|---|---|---|---|---|
| | 17.1. | **Checking** | **Location: 8006 Rose St.,, Paramount CA 90723**<br>**Chase checking** | $100.00 |
| | 17.2. | **Checking** | **Location: 8006 Rose St.,, Paramount CA 90723**<br>**Long Beach Financial Credit Union**<br>**Checking** | $300.00 |
| | 17.3. | **Checking** | **Location: 8006 Rose St.,, Paramount CA 90723**<br>**LA financial credit union**<br>**Checking** | $50.00 |
| | 17.4. | **Checking** | **Location: 8006 Rose St.,, Paramount CA 90723**<br>**Unify fiancial credit union** | $50.00 |

| Debtor 1 | **Sophonna Valerie Nong** | Case number *(if known)* | **2:17-bk-10861-WB** |
|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
       Name of entity:                                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
       Type of account:         Institution name:

       **Retirement**           **Location: 8006 Rose St.,, Paramount CA 90723**
                                **LACERA retirement**                              $3,000.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                           **Current value of the portion you own?**
                                                                             Do not deduct secured claims or exemptions.

| Debtor 1 | **Sophonna Valerie Nong** | Case number *(if known)* **2:17-bk-10861-WB** |
|---|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| **Location: 8006 Rose St.,, Paramount CA 90723**<br>**Combined state and federal** | **$2,000.00** |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Location: 8006 Rose St.,, Paramount CA 90723**<br>**IUL Index universal life** | **daughter** | **$2,000.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

| | |
|---|---|
| **Location: 8006 Rose St.,, Paramount CA 90723**<br>**Car accident victom**<br>**uninsured motorist to pay for car.** | **$2,800.00** |
| **workers comp claim** | **$5,000.00** |
| **Debtor has filed for reimbursment from the California State bar Client Security Fund**<br>**She was defrauded in the amount of $2700 by a loan modification firm** | **$2,700.00** |

| Debtor 1 | **Sophonna Valerie Nong** | Case number *(if known)* | **2:17-bk-10861-WB** |
|---|---|---|---|

| | | |
|---|---|---|
| | **Debtor has a claim against a company called USFIA Inc. AKA Amkey**<br>**She thinks she paid them $15000.00 that she was defrauded out of.**<br>**in recivership case # CV15-07425 RGK**<br>**Thomas Seaman CFA Permanent Reciver** | **$15,000.00** |
| | **Green Dot credit card prepaid from a company that claims to be capital one**<br>**She got $3600 in pre paid cards and sent them to the company that defrauded her.**<br>**GE Capital Bank they used fake logo.** | **$3,600.00** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................**     **$36,900.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here .....................................**     **$0.00**

| Debtor 1 | **Sophonna Valerie Nong** | Case number *(if known)* | **2:17-bk-10861-WB** |

**Part 8:**     List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | | $443,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $33,790.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $4,100.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $36,900.00 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $74,790.00 | Copy personal property total | $74,790.00 |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | $517,790.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sophonna** First Name | **Valerie** Middle Name | **Nong** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 2:17-bk-10861-WB | | |

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **8006 Rose St., Paramount, CA 90723 Los Angeles County**<br>**Primary residence**<br>Line from *Schedule A/B*: **1.1** | $430,000.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(1) |
| **15416 Live Oak Way Pine Mountain Club, CA 93222  Kern County**<br>**Vacant Lot Debtor purchased post Chapter 13 filing pre conversion purchased on 1/18/2018**<br>Line from *Schedule A/B*: **1.3** | $11,000.00 | ■ $11,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **2008 Maserati Quattroporte 47000 miles**<br>**Location: 8006 Rose St.,, Paramount CA 90723**<br>Line from *Schedule A/B*: **3.1** | $26,015.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| **2005 Hyundai Elantra 122900 miles**<br>**2005 Hyundai Elantra GT Sedan 4 door**<br>Line from *Schedule A/B*: **3.2** | $1,527.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |

| Debtor 1 | **Sophonna Valerie Nong** | | Case number (if known) | **2:17-bk-10861-WB** |

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** <br> Copy the value from *Schedule A/B* | **Amount of the exemption you claim** <br> *Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| **1998 Lexus SC 180500 miles** <br> **1998 lexus SC 300 Sport Coupe 2 door** <br> Line from *Schedule A/B*: **3.3** | $1,831.00 | ■ $1,831.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(2)** |
| **2004 BMW X3 100000 miles** <br> **2004 BMW X 3 2.5i Sport Utility 4 door** <br> Line from *Schedule A/B*: **3.4** | $3,917.00 | ■ $3,519.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(2)** |
| **2004 BMW X3 100000 miles** <br> **2004 BMW X 3 2.5i Sport Utility 4 door** <br> Line from *Schedule A/B*: **3.4** | $3,917.00 | ■ $398.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **2003 Land Rover Discovery 160000 miles** <br> **2005 Land Rover** <br> **Debtor purchased vehicle post Chapter 13 petition pre conversion Purchased 2/12/2018** <br> Line from *Schedule A/B*: **3.5** | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Location: 8006 Rose St.,, Paramount CA 90723** <br> **Various household items none exceeding $200** <br> Line from *Schedule A/B*: **6.1** | $1,000.00 | ■ $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| **Location: 8006 Rose St.,, Paramount CA 90723** <br> **Cell Phone, Laptop,** <br> Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| **Location: 8006 Rose St.,, Paramount CA 90723** <br> **Everyday clothing** <br> Line from *Schedule A/B*: **11.1** | $1,000.00 | ■ $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| **Location: 8006 Rose St.,, Paramount CA 90723** <br> **ring, neckless, earrings** <br> Line from *Schedule A/B*: **12.1** | $1,500.00 | ■ $1,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(4)** |
| **Location: 8006 Rose St.,, Paramount CA 90723** <br> **2 dogs and 2 cats** <br> Line from *Schedule A/B*: **13.1** | $100.00 | ■ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(3)** |
| **Cash** <br> Line from *Schedule A/B*: **16.1** | $300.00 | ■ $300.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Checking: Location: 8006 Rose St.,, Paramount CA 90723** <br> **Chase checking** <br> Line from *Schedule A/B*: **17.1** | $100.00 | ■ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |

| Debtor 1 | **Sophonna Valerie Nong** | | Case number (if known) | **2:17-bk-10861-WB** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Checking: Location: 8006 Rose St.,, Paramount CA 90723**<br>**Long Beach Financial Credit Union**<br>**Checking**<br>Line from *Schedule A/B*: **17.2** | $300.00 | ■<br>☐ | $300.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Checking: Location: 8006 Rose St.,, Paramount CA 90723**<br>**LA financial credit union**<br>**Checking**<br>Line from *Schedule A/B*: **17.3** | $50.00 | ■<br>☐ | $50.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Checking: Location: 8006 Rose St.,, Paramount CA 90723**<br>**Unify fiancial credit union**<br>Line from *Schedule A/B*: **17.4** | $50.00 | ■<br>☐ | $50.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Retirement: Location: 8006 Rose St.,, Paramount CA 90723**<br>**LACERA retirement**<br>Line from *Schedule A/B*: **21.1** | $3,000.00 | ■<br>☐ | $3,000.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(10)(E)** |
| **Location: 8006 Rose St.,, Paramount CA 90723**<br>**Combined state and federal**<br>Line from *Schedule A/B*: **28.1** | $2,000.00 | ■<br>☐ | $2,000.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(5)** |
| **Location: 8006 Rose St.,, Paramount CA 90723**<br>**IUL Index universal life**<br>**Beneficiary: daughter**<br>Line from *Schedule A/B*: **31.1** | $2,000.00 | ■<br>☐ | $2,000.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(7)** |
| **Location: 8006 Rose St.,, Paramount CA 90723**<br>**Car accident victom**<br>**uninsured motorist to pay for car.**<br>Line from *Schedule A/B*: **33.1** | $2,800.00 | ■<br>☐ | $2,800.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(11)(A)** |
| **workers comp claim**<br>Line from *Schedule A/B*: **33.2** | $5,000.00 | ■<br>☐ | $5,000.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(11)(D)** |
| **Debtor has filed for reimbursment from the California State bar Client Security Fund**<br>**She was defrauded in the amount of $2700 by a loan modification firm**<br>Line from *Schedule A/B*: **33.3** | $2,700.00 | ■<br>☐ | $2,700.00<br>100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(11)(A)** |

Debtor 1    **Sophonna Valerie Nong**    Case number (if known)    **2:17-bk-10861-WB**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Debtor has a claim against a company called USFIA Inc. AKA Amkey**<br>**She thinks she paid them $15000.00 that she was defrauded out of.**<br>**in recivership case # CV15-07425 RGK**<br>**Thomas Seaman CFA Permanent Reciver**<br>Line from *Schedule A/B*: **33.4** | $15,000.00 | ■ | $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(11)(A)** |
| **Green Dot credit card prepaid from a company that claims to be capital one**<br>**She got $3600 in pre paid cards and sent them to the company that defrauded her.**<br>**GE Capital Bank they used fake logo.**<br>Line from *Schedule A/B*: **33.5** | $3,600.00 | ■ | $3,600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(11)(A)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes