```
CAROLYN A. DYE (SBN 97527)
15030 Ventura Boulevard
Suite 527
Sherman Oaks, CA 91403
Telephone: 818/287-7003
Facsimile: 323/987-5763
Email: trustee@cadye.com
```

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SOPHONNA NONG,<br><br>           Debtor. | Case No. 2:17-bk-10861-WB<br>[Chapter 7]<br><br>TRUSTEE'S NOTICE OF INTENTION TO ADMINISTER FUNDS RECEIVED FROM RECEIVERSHIP PROCEEDING<br><br>[No Hearing Unless Requested; Local Bankruptcy Rule 6007-1] |

TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

    PLEASE TAKE NOTICE that Carolyn A. Dye, Chapter 7 Trustee ("Trustee") for the estate of Sophonna Nong ("Debtor"), proposes to administer funds distributed on account of a claim filed in the Receivership proceeding initiated by the Securities and Exchange Commission proceeding in which Thomas Seaman was appointed as permanent receiver. Although a claim for $23,325 was filed in the Receivership, the distribution to the estate was

only $9,974.25.

The factual background for the Receivership is as follows: On December 8, 2016, the United States District Court for the Central District of California, granted the SEC's motion for summary judgment against Steve Chen and his affiliated companies, including USFIA, finding him liable on all of the claims asserted against him. The Court found that Chen: (1) ran USFIA as a fraudulent pyramid scheme; (2) sold investors securities, whether characterized as investment contracts or pyramid scheme transactions, which were not registered with the SEC; (3) those sales were made though interstate commerce; (4) defrauded investors by failing to advise them that the pyramid scheme was destined to collapse; (5) made five material misrepresentations to investors in connection with the sale of the securities; (6) misused investor funds to fund a lifestyle that included multiple million-dollar mansions and luxury automobiles for him and his family; (7) acted with a high degree of scienter; (8) orchestrated the pyramid scheme over many years; and (9) showed no recognition of wrongdoing and no assurance against future violations. The Receivership liquidated various assets and established a fund for payment of claims to those who invested with Chen.

Debtor listed this claim in her amended Schedules B and C and claimed an exemption for $15,000 under Section Cal.C.Civ Pro., Section 703.140(b)11 for that amount.

None of the exemptions available under C.C.P. Section 703.140(b)11 apply to the funds recovered and, thus, Trustee contends no exemption is available. Having investigated the

nature of the Debtor's claim, the proceedings in the Receivership and the creditors' claim in this case, Trustee proposes to administer these funds for the benefit of the creditors of this estate.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 6007-1, the Trustee will take the proposed action without further hearing or order of the Court unless a timely objection or request for a hearing is filed by an interested party no later than fourteen (14) days from the date of service of this Notice, plus an additional three (3) days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P 5(b)(2)(A)-(B). Any objection or request for a hearing must be in writing and must be filed with the United States Bankruptcy Court, 255 East Temple Street, Room 100, Los Angeles, CA 90012, _and_ served upon Trustee at the address in the upper left hand corner of the first page this Notice _and_ upon the Office of the United States Trustee at 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. A hearing will then be set by Trustee.

Unless objections are timely filed and served, Trustee will proceed to administer these funds.

Dated: December 29, 2022

*[signature]*
Carolyn A. Dye, Chapter 7 Trustee

Service Date: December 29, 2022

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 15030 Ventura Boulevard, Suite 527, Sherman Oaks, CA 91403.

A true and correct copy of the foregoing document entitled Notice of Trustee's Intention to Administer Funds Received from Receivership Proceeding will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 29, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| William Patrick Andrews | askbk@resurgent.com |
| Joseph C Delmotte | ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com; jdelmotte@aldridgepite.com |
| Carolyn A Dye (TR) | trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com |
| Merdaud Jafarnia | bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com |
| Valerie Smith | claims@recoverycorp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Brad Weil | bfweil@justbradlegal.com, brad@ecf.courtdrive.com; frontdeskweillaw@gmail.com |
| Bethany Wojtanowicz | bethanyw@w-legal.com, BNC@w-legal.com |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On December 29, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

■ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2022, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 29, 2022

Karissa De La Trinidad

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1. PROOF OF SERVICE

```
Label Matrix for local noticing          Dumas & Kim, APC.                        Prometheus Health Imaging, Inc.
0973-2                                   DUMAS & KIM, APC.                        269 S. Beverly Dr.
Case 2:22-bk-12841-ER                    915 Wilshire Blvd                        Suite 1800
Central District of California           Ste. 1775                                Beverly Hills, CA 90212-3851
Los Angeles                              Los Angeles, CA 90017-3575
Thu Dec 29 14:54:31 PST 2022

Los Angeles Division                     Accounts Receivable Acquisitions         Ali Nasih Mohsen
255 East Temple Street,                  Mena City Lawyers                        c/o Wassim Abou Nader, Esq.
Los Angeles, CA 90012-3332               Tilal Bldg Block A7-Ashrafieh Street     Office 510 Arab Bank Bldg.
                                         PO Box 135113                            Riad El Solh
                                         Beirut, Downtown Lebanon                 Beirut, Downtown Lebanon


FRANCHISE TAX BOARD                      GE Medical Systems                       GE Medical Systems Europe
BANKRUPTCY SECTION MS A340               c/o Philippe Glaser                      Steven A. Friedman, Esq.
PO BOX 2952                              Avocat Au Barreu De Paris                Squire Patton Boggs
SACRAMENTO CA 95812-2952                 42 Avenue Montaigne, 75008               4900 Key Tower 127 Public Square
                                         Paris, France                            Cleveland, OH 04414


Jihad Mohamad Khalil                     Nadim Nimr Yassin                        Phillippe Glasser (GE Medical Systems)
c/o Wassim Abou Nader, Esq.              c/o Wassim Abou Nader, Esq.              42 Avenue Montaigne 75008
Office 510 Arab Bank Bldg.               Office 510 Arab Bank Bldg.               Paris, France
Riad El Solh                             Riad El Solh
Beirut, Downtown Lebanon                 Beirut, Downtown Lebanon


Steven A. Friedman Esq (GE Medical Systems)   United States Trustee (LA)          Carolyn A Dye (TR)
4900 Key Tower 127 Public Square              915 Wilshire Blvd, Suite 1850       Law Offices of Carolyn Dye
Cleveland, OH 04414                           Los Angeles, CA 90017-3560          15030 Ventura Blvd., Suite 527
                                                                                  Sherman Oaks, CA 91403-5470


David M Browne                           End of Label Matrix
David M Browne                           Mailable recipients    15
21900 Burbank Blvd Ste 112               Bypassed recipients     0
Woodland Hills, CA 91367-7927            Total                  15
```