CAROLYN A. DYE (SBN 97527)
15030 Ventura Boulevard
Suite 527
Sherman Oaks, CA 91403
Telephone: 818/287-7003
Facsimile: 323/987-5763
Email: trustee@cadye.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SOPHONNA NONG,<br><br>　　　　　　　Debtor. | Case No. 2:17-bk-10861-WB<br>[Chapter 7]<br><br>NOTICE OF ERRATA RE TRUSTEE'S NOTICE OF INTENTION TO ADMINISTER FUNDS RECEIVED FROM RECEIVERSHIP PROCEEDING<br><br>[No Hearing Unless Requested; Local Bankruptcy Rule 6007-1] |

TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

　　PLEASE TAKE NOTICE that Trustee's Notice of Intention to Administer Funds Received from Receivership Proceeding was erroneously filed with the incorrect mailing addresses attached. The correct addresses for services are attached hereto as Exhibit 1.

Dated: December 29, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Carolyn A. Dye, Chapter 7 Trustee

**EXHIBIT 1**

```
Label Matrix for local noticing          CACH, LLC                                SYNCHRONY BANK
0973-2                                   PO Box 10587                             c/o Weinstein & Riley, P.S.
Case 2:17-bk-10861-WB                    Greenville, SC 29603-0587                2001 Western Ave, Ste 400
Central District of California                                                    Seattle, WA 98121-3132
Los Angeles
Thu Dec 29 15:06:00 PST 2022

U.S. Bank Trust, N.A., as Trustee for LSF9 M    Los Angeles Division              American InfoSource LP as agent for
c/o McCarthy & Holthus, LLP                     255 East Temple Street,           Verizon
1770 Fourth Avenue                              Los Angeles, CA 90012-3332        PO Box 248838
San Diego, CA 92101-2607                                                          Oklahoma City, OK  73124-8838


Bank of America, N.A.                    CalHFA Mortgage Assistance Corp          Capital One
Wells Fargo Bank, N.A.                   Keep your home CA Program                Attn: Bankruptcy
Default Document Processing              P.O. Box 5678                            Po Box 30285
MAC# N9286-01Y                           Riverside, CA 92517-5678                 Salt Lake City, UT 84130-0285
1000 Blue Gentian Road, Eagan MN 55121


Cavalry SPV I, LLC                       Clear Recon Corp                         Comenity Capital Bank/Paypal Credit
500 Summit Lake Drive, Ste 400           4375 Jutland Dr., # 200                  c/o Weinstein & Riley, PS
Valhalla, NY 10595-2321                  San Diego, CA 92117-3600                 2001 Western Ave., Ste 400
                                                                                  Seattle, WA 98121-3132


Equiant Financial Svcs                   Franchise Tax Board                      Global Exchange Development
Attn: Bankrupty Dept                     Bankruptcy Section, MS: A-340            5401 N Pima Rd
5401 N Pima Rd                           P.O. Box 2952                            Suite 150
Scottsdale, AZ 85250-2630                Sacramento, CA 95812-2952                Scottsdale, AZ 85250-2630


Internal Revenue Service                 L.A. Financial Credit Union              (p)LBS FINANCIAL CREDIT UNION
P.O. Box 7346                            P.O. Box 6015                            ATTENTION JUAN FLORES & ERICA ALFARO
Philadelphia, PA 19101-7346              Pasadena, CA 91102-6015                  P O BOX 4860
                                                                                  LONG BEACH CA 90804-0860


La Financial Crdt Unio                   Lending Club Corp                        (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE
1520 W Colorado Blvd Fl                  71 Stevenson St                          ATTN BANKRUPTCY UNIT
Pasadena, CA 91105-1470                  Suite 300                                PO BOX 54110
                                         San Francisco, CA 94105-2985             LOS ANGELES CA 90054-0110


PRA Receivables Management, LLC          PayPal Credit                            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 41021                             PO Box 105658                            PO BOX 41067
Norfolk, VA 23541-1021                   Atlanta, GA 30348-5658                   NORFOLK VA 23541-1067


Quantum3 Group LLC as agent for          RCI                                      Rose Street Estates HOA
Velocity Investments LLC                 9998 North Michigan Road                 17722 Pioneer Blvd.,
PO Box 788                               Carmel, IN 46032-7766                    Artesia, CA 90701-4011
Kirkland, WA  98083-0788


Synchrony Bank                           Synchrony Bank/ Old Navy                 Synchrony Bank/Amazon
c/o PRA Receivables Management, LLC      Attn: Bankruptcy                         Attn: Bankruptcy
PO Box 41021                             Po Box 956060                            Po Box 956060
Norfolk VA 23541-1021                    Orlando, FL 32896-0001                   Orlando, FL 32896-0001
```

Synchrony Bank/Car Care One
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Verizon
Bankruptcy
500 Tecnolgy Dr Ste 500
Weldon Springs, MO 63304-2225

Vital Recovery Services, Inc.
P.O. Box 923748
Norcross, GA 30010-3748

WELLS FARGO HOME MORTGAGE
P.O. BOX 10335
DES MOINES, IA 50306-0335

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Wyndham Vacation Ownership
6277 Sea Harbor Dr
Orlando, FL 32821-8027

Brad Weil
Law Offices of Brad Weil
460 E Carson Plaza Dr Ste 217
Suite 217
Carson, CA 90746-3274

Carolyn A Dye (TR)
Law Offices of Carolyn Dye
15030 Ventura Blvd., Suite 527
Sherman Oaks, CA 91403-5470

Sophonna Nong
3524 E Ave R, Lot #78
Palmdale, CA 93550-5064

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

LBS Financial Credit Union
Po Box 4860
Long Beach, CA 90804

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

Portfolio Recovery Associates, LLC
c/o Capital One Bank, N.a.
POB 41067
Norfolk VA 23541

Wells Fargo Hm Mortgag
8480 Stagecoach Cir
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BANK OF AMERICA, N.A.

(u)Courtesy NEF

(d)CACH, LLC
PO BOX 10587
GREENVILLE SC 29603-0587

(d)SYNCHRONY BANK
c/o Weinstein & Riley, P.S.
2001 Western Ave, Ste 400
Seattle, WA 98121-3132

End of Label Matrix
Mailable recipients    39
Bypassed recipients     4
Total                  43

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 15030 Ventura Boulevard, Suite 527, Sherman Oaks, CA 91403.

A true and correct copy of the foregoing document entitled Notice of Errata re Notice of Trustee's Intention to Administer Funds Received from Receivership Proceeding will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 29, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| William Patrick Andrews | askbk@resurgent.com |
| Joseph C Delmotte | ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com; jdelmotte@aldridgepite.com |
| Carolyn A Dye (TR) | trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com |
| Merdaud Jafarnia | bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com |
| Valerie Smith | claims@recoverycorp.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Brad Weil | bfweil@justbradlegal.com, brad@ecf.courtdrive.com; frontdeskweillaw@gmail.com |
| Bethany Wojtanowicz | bethanyw@w-legal.com, BNC@w-legal.com |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL:** On December 29, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Sophonna Nong
3524 E Ave R, Lot #78
Palmdale, CA 93550

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY - N/A:** Pursuant to Fed.R.Civ.P. 5 and/or controlling LBR, on _____, 2022, I arranged for service on the following person as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 29, 2022

/s/ Karissa De La Trinidad
Karissa De La Trinidad

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1. PROOF OF SERVICE